No. 40750.—Protests 935989–G, etc., of Alfred Orlik, Inc. (New York).

Opinion by CLINE, J. These protests were submitted without the introduction of evidence in support of the claims made. On the record presented the protests were overruled

No. 40751.—Protests 799056–G (E), etc., of Capitol Wine & Spirit Corp. (New York).

Opinion by CLINE, J. No evidence was offered in support of the claims made. On the record presented the protests were overruled.

No. 40752.—Protests 923533–G, etc, of Hermes Importing Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 and Locatelli v. United States (T. D. 49302) the protests were sustained.

BEFORE THE SECOND DIVISION, MARCH 6, 1939

No. 40753.—Protests 954221–G, etc., of Herrmann & Jacobs, Inc. (New York).

Opinion by KINCHELOE, J. On the authority of Ramallah Trading Co. v. United States (T. D. 47681) the cotton pile fabric face cloths in question were held dutiable at 40 percent under paragraph 923 as claimed.

BEFORE THE THIRD DIVISION, MARCH 6, 1939

No. 40754.—Protest 873357–G of S. H. Kress & Co. (New York).

Opinion by KEEFE, J. It was established that the shipment consisted of 8,882 dozen pieces of china and earthenware rather than 10,071 pieces and the protest was accordingly sustained.

No. 40755.—Protest 971696–G of General Electric Co. (New York).

Opinion by KEEFE, J. It was established that the weigher made an error of 100 pounds in reporting the tare. The protest was accordingly sustained.